ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2005
CLERK, U.S. DISTRICT COURT
By _____ / Deputy

| | |
|---|---|
| SCOTT A. SAMFORD ) | |
| ) | |
| V. ) | 3-05-CV-1034-B |
| ) | |
| CYNTHIA SAMFORD, ET AL ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that Plaintiff's motion to compel, filed on June 7, 2005, is denied as moot.

SO ORDERED this 15th day of Aug., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE